**STATE of Missouri, Respondent,**

v.

**Marcus D. SMITH, Appellant.**

**WD 76465**

Missouri Court of Appeals, Western District.

FILED: February 17, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 2015

Application for Transfer Denied May 26, 2015

Richard A. Starnes, Jefferson City, MO, for respondent.

Patrick W. Peters, Kansas City, MO, for appellant.

Before Division Four: Alok Ahuja, C.J., Cynthia L. Martin, J., and Randall Jackson, Sp. J.

## ORDER

PER CURIAM:

Following a jury trial, Marcus Smith was convicted in the Circuit Court of Clay County of second-degree (felony) murder, unlawful use of a weapon, and two counts of armed criminal action. Smith appeals. He argues that the circuit court erred in: simultaneously finding him guilty of both felony murder and unlawful use of a weapon, in violation of the merger doctrine and his right not to be twice put in jeopardy for the same offense; failing to instruct the jury on voluntary manslaughter; admitting as an exhibit a firearm which was not used in the offense; and failing to grant his motion for acquittal due to the insufficiency of the evidence. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).